USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                    Plaintiff,

-against-

The City of New York et al.,

                    Defendants.

1:17-cv-00199 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Before the Court is Plaintiff's April 19, 2020 Letter (filed on the docket on May 4, 2020) requesting appointment of pro bono counsel. (Letter, ECF No. 148.) Plaintiff's request for pro bono counsel previously was granted by this Court on March 25, 2019 (*see* Order, ECF No. 105) and, though the key issue in this action has shifted, the Court renews its grant of Plaintiff's motion. Plaintiff is reminded, however, that there is no guarantee that a volunteer attorney will decide to take the case and, in the interim, Plaintiff must continue to proceed *pro se*.

The Clerk of Court is directed to attempt to locate pro bono counsel to represent Plaintiff in conducting discovery as set forth in the Court's April 8, 2020 Order (ECF No. 147) and, if counsel so desires, in any subsequent motion practice and/or at trial. If the Clerk of Court is unable to locate counsel, even for a limited purpose, Plaintiff still must proceed with discovery as Ordered. To give Plaintiff additional time to obtain counsel and conduct discovery, the deadline for the completion of discovery is hereby extended until July 8, 2020.

A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED: New York, New York
May 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge