USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

B. BRAXTON/OBED-EDOM,

                                  Plaintiff,

                 -against-

THE CITY OF NEW YORK; THE MAYOR, CITY OF NEW YORK; COUNTY OF NEW YORK; SUPERINTENDENT MOSES, MANHATTAN DET. CTR.; M. KING, BOARD OF CORRECTIONS; COMMISSIONER PONTE, NYC DEPT OF CORR.,

                                  Defendants.

------------------------------------------------------------------------------- x

**ORDER FOR INMATE DEPOSITION**

17-cv-00199 (GBD)(SDA)

        Upon the application of defendants City of New York, Former Commissioner Joseph Ponte, Warden Moses, Martha King, Chai Park, and Tonya Glover ("defendants") for leave to take the deposition of plaintiff, B. BRAXTON/OBED-EDOM aka BENJAMIN BRAXTON, an inmate at the Clinton Correctional Facility, and the Court having granted leave for the taking of witness's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

        **IT IS HEREBY ORDERED UPON THE CONSENT OF THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL FACILITY SERVICES:**

        (1)    that the Superintendent or other official in charge of the Clinton Correctional Facility, shall produce inmate B. BRAXTON/OBED-EDOM, Department Identification Number (DIN) 16-A-2314, for the taking of his deposition by telephone, videoconference or other remote means on July 16, 2020 commencing at 9:30 a.m., and for so long thereafter, from day to day, as the deposition continues; and

(2) that inmate B. BRAXTON/OBED-EDOM, DIN 16-A-2314, appear at such place as designated by the Superintendent or other official in charge of the New York State Department of Correctional Facility Services for the taking of his deposition as set forth above.

Dated:   New York, New York
 June 18, 2020

SO ORDERED:

_____
Judge Stewart D. Aaron
United States Magistrate Judge