UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                               Plaintiff,

            -against-

The City of New York et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2020

1:17-cv-00199 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Before the Court is Plaintiff's July 7, 2020 Letter (filed on the docket on July 9, 2020) requesting copies of Plaintiff's medical records retrieved by Defendants and asking the Court to issue a subpoena for Plaintiff's records from the Social Security Administration ("SSA") from 2010. (Letter, ECF No. 153.) Plaintiff's application is GRANTED IN PART and DENIED IN PART.

    Plaintiff's request for copies of records retrieved by Defendants is granted. Defendants shall provide copies of such records promptly upon receipt and file proof of service on the docket. Plaintiff's request for service of a subpoena upon the SSA, which seeks records from eight years before the events in question, is denied without prejudice. If, following Plaintiff's receipt and review of the more recent medical records to be provided by Defendants, he can show that the 2010 records are relevant and necessary, he may renew his request.

    A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:   New York, New York
July 13, 2020

_____
STEWART D. AARON
United States Magistrate Judge