```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                           Plaintiff,

-against-

The City of New York et al.,

                           Defendants.

1:17-cv-00199 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Before the Court is Plaintiff's July 23, 2020 Letter (filed on the docket on July 28, 2020) requesting a telephone conference regarding discovery (ECF No. 155) and Defendants' Letter Motion (ECF No. 157) in response, asking the Court to order Plaintiff to provide certain medical authorizations. Upon review of the parties' submissions, the Court finds that no conference is necessary. While Plaintiff contends that he already has provided medical releases, none of those releases cover Plaintiff's medical records from June 7, 2016 to the present, which are relevant to the key issue in this action, namely Plaintiff's mental capacity at the time he signed the August 8, 2018 Release Agreement. (*See* Defs.' Letter Motion, ECF No. 157, at 1-2.) Thus, Defendants' Letter Motion is GRANTED. If Plaintiff wishes to continue with this action, he shall, no later than Friday, August 21, 2020, execute and return the additional medical authorizations sought by Defendants. Following receipt of the additional medical records, Defendants shall promptly provide copies to Plaintiff.

      It is further Ordered that the deadline for the completion of discovery is extended until Wednesday, September 30, 2020.

A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:   New York, New York
         July 31, 2020

_____
STEWART D. AARON
United States Magistrate Judge