USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                    Plaintiff,

    -against-

The City of New York et al.,

                    Defendants.

1:17-cv-00199 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court having reviewed the Letter from the *pro se* Plaintiff, ECF No. 162, it is hereby ORDERED as follows:

1. The deadline for the Plaintiff to execute and return the additional medical authorizations sought by Defendants per ECF No. 158 is extended until September 30, 2020.

2. The Order for Inmate Deposition, ECF No. 161, is hereby VACATED in light of Plaintiff's transfer from the Clinton Correctional Facility to the Auburn Correctional Facility. Counsel for Defendants shall advise the Clinton Correctional Facility that the Order has been vacated.

3. Defendants shall arrange for the deposition of the Plaintiff to be held at his new facility and shall file a proposed Order for such deposition with the Court within 14 days.

4. Chambers shall update the Plaintiff's new address on ECF.

5. The deadline to complete discovery is extended until October 30, 2020.

A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED: New York, New York
August 25, 2020

_____
STEWART D. AARON
United States Magistrate Judge