UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                          Plaintiff,

          -against-

The City of New York et al.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020

1:17-cv-00199 (GBD) (SDA)

**AMENDED ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

**THIS ORDER SUPERSEDES AND REPLACES THE ORDER ENTERED EARLIER TODAY AT ECF NO. 163.**

The Court having reviewed the Letter from the *pro se* Plaintiff, ECF No. 162, it is hereby ORDERED as follows:

1. The deadline for the Plaintiff to execute and return the additional medical authorizations sought by Defendants per ECF No. 158 is extended until September 30, 2020.

2. The Order for Inmate Deposition, ECF No. 161, remains in full force and effect.

3. The deadline to complete discovery is extended until October 30, 2020.

A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               August 25, 2020

_____
STEWART D. AARON
United States Magistrate Judge