USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                Plaintiff,

    -against-

The City of New York et al.,

                Defendants.

1:17-cv-00199 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    In accordance with the Court's October 23, 2020 Memo Endorsement (ECF No. 176), the City was to file a letter on November 23, 2020 advising the Court as to the status of this action. The City shall file such letter no later than December 4, 2020.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               November 25, 2020

_____
STEWART D. AARON
United States Magistrate Judge