USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                    Plaintiff,

    -against-

The City of New York et al.,

                    Defendants.

1:17-cv-00199 (GBD) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that the Warden or other official in charge of the Auburn Correctional Facility produce plaintiff Benjamin Braxton, DIN 16A2314, on Tuesday, December 22, 2020 at 10:00 a.m., to a suitable location within the Auburn Correctional Facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Auburn Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

    During the conference, the Court will address the issues raised in the City's November 27, 2020 Letter Motion (ECF No. 181).

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

2

**SO ORDERED.**

DATED:      New York, New York
                 November 30, 2020

                                                         _____
                                                         STEWART D. AARON
                                                         United States Magistrate Judge