```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                          Plaintiff,

      -against-

The City of New York et al.,

                         Defendants.

1:17-cv-00199 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby Ordered that, no later than December 31, 2020, counsel for Defendant City of New York shall file a letter indicating whether the deposition of Plaintiff has been completed and setting forth any remaining discovery issues.

      The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:     New York, New York
              December 23, 2020

                                              */s/ Stewart D. Aaron*
                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge