USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**B. Braxton/Obed-Edom,**

**Plaintiff,**

**-against-**

**The City of New York et al.,**

**Defendants.**

**1:17-cv-00199 (GBD) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letters dated December 23, 2020 and December 26, 2020. (*See* ECF Nos. 188 & 189.) On June 18, 2020, the Court granted leave for Defendants to depose Plaintiff in accordance with Federal Rule of Civil Procedure 30(a)(2)(B). (*See* Order, ECF No. 152.) The parties shall work together to schedule the continuation of Plaintiff's deposition prior to the February 12, 2021 deadline for the completion of discovery. (*See* 1/4/2021 Memo Endorsement, ECF No. 186.)

As set forth in the Court's January 4, 2021 Order (ECF No. 187), the Court will hold a telephone conference in this action on Tuesday, February 2, 2021 at 10:00 a.m., at which time Plaintiff may raise any remaining issues regarding discovery.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
January 7, 2021

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge