USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                            **Plaintiff,**

      -against-

The City of New York et al.,

                            **Defendants.**

1:17-cv-00199 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter, dated March 14, 2021 and filed on the docket on March 17, 2021, indicating that he has not yet received any documents in response to the subpoenas served on the Central New York Psychiatric Center ("CNYPC") and Clinton Correctional Facility ("Clinton"). (Pl.'s Letter, ECF No. 194.) The subpoenas were received on February 11, 2021 and CNYPC and Clinton were to produce records within 21 days of the date of service. (*See* 2/2/21 Order, ECF No. 191; Marshal's Process Receipts, ECF Nos. 192 & 193.) Nonetheless, due to possible delays with the United States Postal Service, the Court extends the applicable deadlines as follows:

1. Plaintiff shall file another letter by April 1, 2021 indicating what, if any, documents he has received in response to the subpoenas. If Plaintiff has not received any documents by that date, he shall include in his letter any request to compel compliance with the subpoenas.

2. The deadlines for briefing on Defendants' anticipated motion for summary judgment set forth in the Court's February 2, 2021 Order are adjourned *sine die*. The Court will

set a new briefing schedule once the issue with the subpoenas is resolved.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         March 18, 2021

_____
STEWART D. AARON
United States Magistrate Judge