UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

         Plaintiff,

   -against-

The City of New York et al.,

         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021

1:17-cv-00199 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  Before the Court is Plaintiff's motion to compel a response to the subpoenas served on the Central New York Psychiatric Center ("CNYPC") and Clinton Correctional Facility ("Clinton"). (Motion, ECF No. 196.) The subpoenas were received on February 11, 2021 and CNYPC and Clinton were to produce records within 21 days of the date of service. (*See* 2/2/21 Order, ECF No. 191; Marshal's Process Receipts, ECF Nos. 192 & 193.) On March 18, 2021, the Court ordered Plaintiff to file an update by April 1, 2021 indicating what, if any, documents he had received in response to the subpoenas and, if he had not received any documents, including any motion to compel. (3/18/21 Order, ECF No. 195.) On March 30, 2021, Plaintiff filed the motion to compel that is now before the Court.

  It is hereby Ordered that, no later than April 30, 2021, CNYPC and Clinton shall either produce the documents identified in the subpoenas or respond to Plaintiff's motion to compel. **CNYPC and Clinton are warned that if they fail to comply with this Order and comply with their respective subpoenas, they could be found in contempt and sanctions may be imposed against them.** *See* Fed. R. Civ. P. 45.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, the Clerk of Court is respectfully requested to mail a copy of Plaintiff's motion (ECF No. 196) and a copy of this Order to:

1. New York State Office of Mental Health
   44 Holland Avenue
   Albany, New York 12229
   ATTN: Mark Noordsy, General Counsel and Deputy Commissioner

2. Office of the Attorney General
   28 Liberty Street
   New York, NY 10005
   ATTN: Managing Attorney's Office

**SO ORDERED.**

DATED:    New York, New York
          April 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge