UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B. Braxton/Obed-Edom,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 5/7/2021

1:17-cv-00199 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than May 14, 2021, Plaintiff shall mail to Defendants a copy of the records he received from the Central New York Psychiatric Center in response to his subpoena, as previously ordered (*see* ECF No. 198).

2. No later than July 6, 2021, Defendants shall file their anticipated motion for summary judgment. Plaintiff shall file his opposition no later than July 27, 2021 and Defendants shall file their reply, if any, no later than August 3, 2021.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               May 7, 2021

_____
STEWART D. AARON
United States Magistrate Judge