# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

B. BRAXTON/OBED-EDOM,

                Plaintiff,                      17 **CIVIL** 199 (GBD) (SDA)

        -against-                         <u>**JUDGMENT**</u>

THE CITY OF NEW YORK; COUNTY OF
NEW YORK; SUPT. RALEEM MOSES,
MNHTN DET. CTR.' MARTHA KING, NYC
Board of Corrections; COMM. PONTE,
NYC Dept. of Corrections,

                Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 10, 2022, Magistrate Judge Aaron's Report II, (ECF No. 216), is adopted in full, and the case is dismissed.

**Dated:**  New York, New York
          February 14, 2022

                                                                   RUBY J. KRAJICK

                                                                   Clerk of Court
                                  BY:
                                                                       Deputy Clerk